# Order

Michigan Supreme Court
Lansing, Michigan

April 21, 2021

162043

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

JAMES ALLEN REED, JR.,
     Defendant-Appellant.

SC: 162043
COA: 349566
Barry CC: 2018-000305-FH

_____/

On order of the Court, the application for leave to appeal the July 30, 2020 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 21, 2021



b0414

Clerk